## National Wired Music Corporation, Appellant, v. 434 Cermak Building Corporation, Appellee.

**Gen. No. 45,693.**

Order reversed and cause remanded with direc-
tions.

Meyer Shapiro, for appellant; no appearance
for appellee. Opinion by PRESIDING JUSTICE BURKE. **Not to be
published in full.** Opinion filed February 11, 1952; released for publi-
cation March 25, 1952.